UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK FISHER,

                Plaintiff,                        No. 07-CV-10920-DT

vs.                                          Hon. Gerald E. Rosen

PATRICIA CARUSO, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on       January 24, 2008

                PRESENT:  Honorable Gerald E. Rosen
                                United States District Judge

        This matter having come before the Court on the September 18, 2007 Report and

Recommendation of United States Magistrate Judge Donald A. Scheer recommending

that the Court dismiss Plaintiff's Amended Complaint due to his failure to exhaust

administrative remedies, and no timely objections to the R&R having been filed, and the

Court being otherwise fully advised in the premises,

        NOW, THEREFORE,

        IT IS HEREBY ORDERED that the Magistrate Judge's Report and

Recommendation of September 18, 2007 [Dkt. # 32] is hereby ADOPTED by the Court.

Accordingly, for the reasons stated in the R&R,

IT IS FURTHER ORDERED that Plaintiff's Complaint is dismissed for failure to

exhaust administrative remedies, without prejudice.


s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated:  January 24, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 24, 2008, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager